THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Legerald
 Dickerson, Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge
Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No. 2012-UP-296   
 Submitted April 2, 2012 – Filed May 16,
2012

APPEAL DISMISSED

 
 
 
 Appellate Defender Tristan M. Shaffer, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Kevin S. Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM:  Legerald
 Dickerson appeals the circuit court's order adjudging him guilty of two counts
 of direct contempt and sentencing him to two consecutive ninety-day prison
 terms.  He argues the rule of lenity required the circuit court to find him
 guilty of only one act of contempt and that the circuit court abused its
 discretion in ordering that his sentences run consecutive to any future
 sentence.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and SHORT,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.